| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  Martinez, Lourdes A. | 2. Court or Organization  U.S. District Court, NM | 3. Date of Report  05/14/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Magistrate Judge - Full Time | 5a. Report Type (check appropriate type)  ☐ Nomination Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

U. S. Courthouse
100 North Church Street
Las Cruces, New Mexico 88001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. SINCE 2003 | PUBLIC EMPLOYEES RETIREMENT ASSOC AND JUDICIAL RETIREMENT PLANS, FOR THE STATE OF NEW MEXICO, PAYABLE WHEN EMPLOYEE OBTAINS THE AGE OF 64 YEARS; NO CONTROL |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | ▨ IS AN LLC MEMBER/ATTORNEY OF A LAW FIRM ▨ ) - THERE WERE NO GUARANTEE PARTNER PAYMENTS IN 2014 - FIRM IS WINDING DOWN |
| 2. 2014 | ▨ IS A MEMBER/ATTORNEY OF A LAW FIRM ▨ - SALARY IS PAID TO ▨ AS WELL MEMBER DISTRIBUTIONS AND RETIREMENT CONTRIBUTIONS |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ▨ LLC | 01/01/14 TO 12/31/14 | NEW MEXICO | SUPPLIES AND MILEAGE IN CONNECTION WITH LAW FIRM BUSINESS | PERSONAL AUTO MILEAGE REIMBURSEMENT-PAID AT IRS MILEAGE RATES, SUPPLIES ARE REIMBURSED AT COST |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FIRST NATIONAL RIO GRANDE, LAS CRUCES NM (SEE NOTE IN PART VIII) | MORTGAGE ON COMMERCIAL PROPERTY HELD IN PARTNERSHIP      BUILDING PARTNERSHIP) | L |
| 2. | MISCELLANEOUS VENDORS, IRS & STATE OF NEW MEXICO | PAYROLL RELATED TAXES; ACCTS PAYABLE & NEW MEXICO STATE SALES TAX      - ALL CURRENT | J |
| 3. | MISCELLANEOUS VENDORS AND STATE OF NEW MEXICO | ACCTS PAYABLE & NEW MEXICO STATE SALES TAX      - ALL CURRENT | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▢ - BUILDING PARTNERSHIP-25% OWNERSHIP | | | | | | | | | 2013-1 ENTITY NAME |
| 2. -a) Commercial Building Dona Ana County, NM ▢ | E | Rent | L | W | | | | | 2013-2 |
| 3. -b) Cash and other misc assets ▢ Building Partnership) | A | Interest | J | U | | | | | 2013-3 |
| 4. ▢ 16.67% OWNERSHIP | | | | | | | | | 2013-4 ENTITY NAME |
| 5. -a) cash and other misc assets | | None | J | U | | | | | 2013-5 |
| 6. -b) accounts receivable | A | Distribution | J | W | | | | | 2013-6 |
| 7. ▢ | | | | | | | | | 2013-7 ENTITY NAME |
| 8. -a) cash, furniture and equip and other misc assets | | None | K | U | | | | | 2013-8 |
| 9. -b) accounts receivable | E | Distribution | J | U | | | | | 2013-9 |
| 10. US BANK/CHECKING ACCOUNT- #1 | A | Interest | K | T | | | | | 2013-10 ENTITY NAME |
| 11. US BANK/CHECKING ACCOUNT- #2 | A | Interest | L | T | | | | | 2013-11 ENTITY NAME |
| 12. STATE OF NEW MEXICO PUBLIC EMPLOYEE (PERA) RETIREMENT | E | Int./Div. | M | T | Distributed (part) | 12/31/14 | K | | 2013-14"ACCOUNT MANAGER" |
| 13. NM STATE DEFERRED COMPENSATION ACCOUNT (IRC CODE 457): | | | | | | | | | 2013-15 "ACCOUNT MANAGER" |
| 14. -a) Fidelity - (R) Diversifed International Fund | A | Dividend | | | Sold | 10/16/14 | J | A | 2013-16 |
| 15. -b) State of New Mexico Public Employees- Stable Value Fund | A | Dividend | J | T | | | | | 2013-17 |
| 16. -c) T Rowe Price-Mid-Cap Growth Fund | A | Dividend | J | T | | | | | 2013-18 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. -d) Oakmark Equity and Income Fund I | A | Dividend | J | T | | | | | 2013-19 |
| 18. -e) Vanguard Inst Indx Inst | A | Dividend | J | T | | | | | 2013-20 |
| 19. -f) Fidelity Diversified International K | B | Dividend | J | T | | | | | NEW ENTITY |
| 20. MINNESOTA LIFE, VAR ADJ LIFE INSURANCE - CASH SUR VALUE #1: | | | | | | | | | 2013-21 "ACCOUNT MANAGER" |
| 21. -a) Advantus-Bond Fund (Life ins #1) | A | Dividend | J | T | | | | | 2013-22 |
| 22. -b) IVY VIP Growth Portfolio (Life ins #1) | A | Dividend | | | Closed | 05/01/14 | J | | 2013-23 FUND RENAMED |
| 23. -c) IVY VIP International Value Portfolio (Life ins #1) | A | Dividend | J | T | | | | | 2013-24 |
| 24. -d) IVY VIP Small Cap (Life ins #1) | A | Dividend | | | Closed | 05/01/14 | J | | 2013-25 FUND RENAMED |
| 25. -e) IVY VIP Value Portfolio (Life ins #1) | A | Dividend | J | T | | | | | 2013-26 |
| 26. -f) SFT IVY Growth (Life ins #1) | A | Dividend | J | T | Open | 05/01/14 | J | | RENAMED NEW ENTITY |
| 27. -g) SFT IVY Small Cap (Life ns #1) | A | Dividend | J | T | Open | 05/01/14 | J | | RENAMED NEW ENTITY |
| 28. MINNESOTA LIFE, VAR ADJ LIFE INSURANCE - CASH SUR VALUE #2: | | | | | | | | | 2013-27 "ACCOUNT MANAGER" |
| 29. -a) Advantus-Bond Fund (Life ins #2) | A | Dividend | J | T | | | | | 2013-28 |
| 30. -b) IVY VIP Growth Portfolio (Life ins #2) | A | Dividend | | | Closed | 05/01/14 | J | | 2013-29 FUND RENAMED |
| 31. -c) IVY VIP International Value Portfolio (Life ins #2) | A | Dividend | J | T | | | | | 2013-30 |
| 32. -d) IVY VIP Core Equity (Life ins #2) | A | Dividend | J | T | | | | | 2013-31 |
| 33. -e) IVY VIP Mid Cap Growth Portfolio (Life ins #2) | A | Dividend | J | T | | | | | 2013-32 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. -f) SFT IVY Growth (Life Ins #2) | A | Dividend | J | T | Open | 05/01/14 | J | | RENAMED NEW ENTITY |
| 35. ▭ PA SIMPLE IRA PLAN - CAMBRIDGE INVEST | | | | | | | | | 2013-33 "ACCTMGR" SEE VIII |
| 36. -a) Fidelity-Advanced Financial Services-CL C (Simple IRA) (Y) | | | | | | | | | 2013-34 SEE PART VIII NOTE |
| 37. -b) Fidelity Advanced Health Care CL C (Simple IRA) (Y) | | | | | | | | | 2013-35 SEE PART VIII NOTE |
| 38. -c) Fidelity Advanced Equity Income CL C (Simple IRA) (Y) | | | | | | | | | 2013-36 SEE PART VIII NOTE |
| 39. -d) Fidelity Advanced Dividend Growth Fund C C (Simple IRA) (Y) | | | | | | | | | 2013-37 SEE PART VIII NOTE |
| 40. IRA #1 - MERRILL LYNCH, as follows: | | | | | | | | | 2013-41 "ACCOUNT MANAGER" |
| 41. -a) Blackrock Global - Allocation Fund Inc C (IRA #1) | A | Dividend | J | T | | | | | 2013-42 |
| 42. -b) Loomis Sayles Strategic-Income Fund Class C (IRA #1) | A | Dividend | J | T | | | | | 2013-43 |
| 43. -c)VOYA GOLDEN SELECT PREMIUM PLUS (IRA #1) as follows: | | | | | | | | | 2013-45 "ACCTMGR" NAME CHA |
| 44. -1) VY T Rowe Price-Capital Appreciation (IRA #1) | A | Dividend | J | T | | | | | 2013-46 |
| 45. -2) VY T Rowe Price - International Stock Portfolio (IRA #1) | A | Dividend | J | T | | | | | 2013-47 |
| 46. -3) VOYA Investments-Mid Cap Opportunities Portfolio (IRA #1) | A | Dividend | J | T | | | | | 2013-49 NAME CHANGE |
| 47. -4) VY FMR SM Diversified Mid Cap (IRA #1) | A | Dividend | J | T | | | | | 2013-50 NAME CHANGE |
| 48. -5) VOYA Investment Management-Liquid Assets (IRA #1) | A | Dividend | J | T | | | | | 2013-51 NAME CHANGE |
| 49. -6) VOYA Russell Mid Cap Growth Index Port(IRA#1) | A | Dividend | J | T | | | | | 2013-52 NAME CHANGE |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. | -7) VOYA Large Cap Value Portfolio Class S (IRA#1) | A | Dividend | J | T | | | | | 2013 -53 NAME CHANGE |
| 51. | IRA #2 - MERRILL LYNCH, as follows: | | | | | | | | | 2013-54 "ACCOUNT MANAGER" |
| 52. | -a) Blackrock Global-Allocation Fund Inc C (IRA #2) | A | Dividend | J | T | | | | | 2013-55 |
| 53. | -b) Loomis Sayles Strategic-Income Fund Class C (IRA #2) | A | Dividend | J | T | | | | | 2013-56 |
| 54. | -c) Templeton Foreign Fund-Class A (IRA #2) | A | Dividend | K | T | | | | | 2013-57 |
| 55. | -d)VOYA GOLDEN SELECT PREMIUM PLUS (IRA #2) as follows: | | | | | | | | | 2013-59 "ACCTMGR" NAME CH |
| 56. | -1)VY FMR SM Diversified Mid Cap (IRA #2) | A | Dividend | J | T | | | | | 2013-60 NAME CHANGE |
| 57. | -2)VOYA Investments-Mid Cap Opportunities Porto (IRA #2) | A | Dividend | J | T | | | | | 2013-61 NAME CHANGE |
| 58. | -3) VY T Rowe Price- Capital Appreciation (IRA #2) | A | Dividend | J | T | | | | | 2013-63 NAME CHANGE |
| 59. | -4) VY T Rowe Price International Stock Portfolio (IRA #2) | A | Dividend | J | T | | | | | 2013-64 NAME CHANGE |
| 60. | -5)VOYA Russell Mid Cap Growth Index Port (IRA#2) | A | Dividend | J | T | | | | | 2013-65 NAME CHANGE |
| 61. | -6) VOYA Large Cap Value Portfolio - Class S (IRA#2) | A | Dividend | J | T | | | | | 2013-66 NAME CHANGE |
| 62. | IRA #3 - ROLL-OVER ACCOUNT, VOYA ANNUITY & LIFE INS CO: | | | | | | | | | 2013-67 "ACCTMGR" NAME CH |
| 63. | -a)VOYA Annuity & Life Ins Co - USG Multibuilder (IRA #3) | B | Interest | K | T | | | | | 2013-68 NAME CHANGE |
| 64. | IRA #4 - FIDELITY - SIMPLE IRA as follows: | | | | | | | | | 2013-69 ACCOUNT MANGER |
| 65. | -a) Fidelity Adv Financial Services Cl C (IRA#4) | A | Dividend | K | T | Sold (part) | 01/09/14 | J | A | 2013-70 |
| 66. | -b) Fidelity Adv Health Care Cl C (IRA#4) | A | Dividend | K | T | Sold (part) | 01/09/14 | K | A | 2013-71 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. -c) Fidelity Adv Equity Income Cl C (IRA#4) | A | Dividend | K | T | Sold (part) | 01/09/14 | K | A | 2013-72 |
| 68. -d) Fidelity Adv Dividend Growth Cl C (IRA#4) | A | Dividend | K | T | Sold (part) | 01/09/14 | K | A | 2013-73 |
| 69. -e) Fidelity Adv Freedom (IRA#4) | A | Dividend | L | T | Buy | 01/09/14 | L | | 2014 NEW ACCOUNT |
| 70. Working Interest in Oil Well-KAISER-FRANCIS OIL CO | A | Royalty | J | W | | | | | 2013-74 |
| 71. Working Inerest in Oil well - Breck Operating Corp | A | Royalty | J | W | | | | | 2013-75 |
| 72. 10% Interest in 300 acres, Durango, CO USA | | None | K | W | | | | | 2013-76 |
| 73. Accounts receivable - ▮▮▮▮ ▮▮▮▮ | B | Int./Div. | J | U | Distributed (part) | 12/31/14 | J | A | 2013-77 |
| 74. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VI: LIABILITIES:

LINE 1 -          BUILDING PARTNERSHIP, LLC - THIS IS      SHARE OF PARTNERSHIP LIABILITIES FOR THE FIRST MORTGAGE ON A COMMERCIAL BUILDING. THE AMOUNT IS FOR THE ENTIRE CONTINGENT LIABILITY FOR THE LOAN. THE 25% OWNERSHIP OF THE PARTNERSHIP IS REPORTED ON PART VII LINE 1.

LINE 2 -        - THIS IS      LLC LIABILITY FOR MISCELLANEOUS PAYROLL AND SALES TAXES. THE AMOUNT IS THE ENTIRE CONTINGENT LIABILITY FOR WHAT IS DUE. THE OWNERSHIP OF THE LLC INTEREST IS REPORTED ON PART VII LINE 7.

LINE 3 -        - THIS IS     PARTIALLY OWNED COMPANY - LIABILITIES FOR VENDORS AND SALES TAXES. THE COMPANY HAS REMAINED OPEN TO PAY CONTINGENT LIABILITIES AND MALPRACTICE INSURANCE.

PART VII: INVESTMENTS AND TRUSTS:

EACH ASSET IS CROSS REFERENCED TO THE PREVIOUS YEAR (2013) AND THEN THE LINE NUMBER THAT IT WAS REPORTED ON IN THE PREVIOUS YEAR'S REPORT.

LINE 4 -      A MEMBER EUITY INTEREST IN A CLOSELY HELD LAW FIRM WHICH NO LONGER EMPLOYS    . HOWEVER,     MAINTAINS AN EQUITY INTEREST AT THE END OF THE YEAR. COMPANY IS WINDING DOWN.

LINES 7,8 & 9 -      ALL THE MEMBER UNITS IN A CLOSELY HELD LAW FIRM WHICH EMPLOYS    .    MAINTAINED AN EQUITY INTEREST AT THE END OF THE YEAR.

LINE 12 - THIS IS A MANDATORY RETIREMENT SYSTEM FOR THE STATE OF NEW MEXICO, SEE PART 2, LINE 1 NO CONTRIBUTIONS WERE MADE IN THE CALENDAR YEAR 2014. THIS IS A DEFINED BENEFIT PLAN AND DISTRIBUTIONS STARTED IN 2014.

LINES 22, 24, AND 30 - THESE ACCOUNTS WERE RENAMED TO LINES 26, 27 AND 34. THE STATEMENTS INDICATE THEY ARE AN EXCHANGE BUT WE BELIEVE THEM TO BE A RENAME ONLY.

LINES 35, 36, 37, 38 AND 39 -      SIMPLE IRA PLAN - CAMBRIDGE INVESTMENT WAS AN IRA ROLLOVER ON 11/22/13 INTO IRA #4 FIDELITY - SIMPLE IRA.

LINES 40, 51, 62 AND 64 - IRA INVESTMENTS HAVE BEEN BROKEN OUT INTO     SEPARATE CUSTODIAL ACCOUNTS.

LINES 43, 46, 47, 48, 49, 50, 56, 57, 58, 59, 60 AND 61 -THE FUND MANAGER - ING USA ANNUITY AND LIFE INSURANCE COMPANY - NAME CHANGE TO VOYA INVESTMENTS, LLC.

LINE 64 - IRA #4 - THIS IS AN ACTIVE "SIMPLE PLAN" MAINTAINED IN CONNECTION WITH     EMPLOYMENT, ANNUAL CONTRIBUTIONS ARE MADE AND ALLOCATED TO INDIVIDUAL ACCOUNT FUNDS. PROCEEDS FROM LINES 35 - 39 WERE ROLLED 11/22/13 INTO THIS ACCOUNT.

LINE 70 - THIS IS AN INHERITED 1/3 INTEREST IN A "WORKING INTEREST" OIL WELL INVESTMENT WITH KAISER-FRANCIS OIL COMPANY. THE OWNERSHIP INTEREST IS A BENEFICIAL INTEREST IN A DECEDENT'S ESTATE TRUST AND TITLE HAS NOT PASSED TO THE BENEFICIARY     THE EQUITY INTEREST HAS A ESTIMATED VALUE NOT TO EXCEED $1,000.00.

LINE 71 - THIS IS AN INHERITED 1/3 INTEREST IN A "WORKING INTEREST" OIL WELL WITH THE BRECK OPERATING COMPANY. THE OWNERSHIP INTEREST IS A BENEFICIAL INTEREST IN A DECEDENT'S ESTATE TRUST AND TITLE HAS NOT PASSED TO THE BENEFICIARY     . THE EQUITY INTEREST IS PROBABLY NOT VALUED AT OVER $1,000.00.

LINE 73 - THIS ASSET REPRESENTS THE PURCHASE OF CERTAIN "OLD" ACCOUNT RECEIVABLES FROM     LAW FIRMS OF        AND "        THAT WERE PURCHASED DURING THE WINDING DOWN PROCESS OF THOSE COMPANIES.

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Martinez, Lourdes A. | 05/14/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lourdes A. Martinez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544